**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SOLMATE INFRASTRUCTURE PLC,

Plaintiff,

v.

RBCH LTD., VIKTOR FISCHER, and JAKUB HAVRLANT,

Defendants.

Case No. ________________

**NOTICE OF APPEARANCE**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Solmate Infrastructure PLC.

DATED: November 24, 2026

PAUL HASTINGS LLP

By: /s/ *Kathryn M. Baldwin*

Kathryn M. Baldwin
200 Park Avenue
New York, New York 10166
(212) 318-6000
katybaldwin@paulhastings.com

*Attorney for Plaintiff Solmate Infrastructure PLC*