**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLMATE INFRASTRUCTURE PLC,<br><br>Plaintiff,<br><br>v.<br><br>RBCH LTD., VIKTOR FISCHER, and JAKUB HAVRLANT,<br><br>Defendants. | Case No. ________________<br><br>**NOTICE OF APPEARANCE** |

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Solmate Infrastructure PLC.

DATED: November 24, 2026

PAUL HASTINGS LLP

By: *Samuel Kleiner*

Samuel Kleiner
200 Park Avenue
New York, New York 10166
(212) 318-6000
samkleiner@paulhastings.com

*Attorney for Plaintiff Solmate Infrastructure PLC*